### STATE v. W. B. BLANKENSHIP.

*Practice—Appeal—Exception not Noted in Case on Appeal —Affirmance of Judgment.*

Although the refusal to give instructions asked for is deemed excepted to, yet, if the exception is not set out by appellant in his case on appeal, it is waived and in such case, no error appearing in the record, the judgment below will be affirmed.

INDICTMENT for forcible entry and detainer, tried at June Term of the Criminal Court for MADISON county, before *Ewart, J.,* and a jury. The defendant was convicted and appealed.

*The Attorney General,* for the State.
*Mr. J. M. George, Jr.,* for the defendant (appellant).

CLARK, J.: The defendant asked certain instructions which were not given. The refusal is deemed excepted to, but, if the exception is not set out by the appellant in stat-

ing his case on appeal, it is waived. *Taylor* v. *Plummer*, 105 N. C., 56; *Marshall* v. *Stine*, 112 N. C., 697; *Davis* v. *Duval*, 112 N. C., 833. Indeed, no exception whatever appears to have been made, and, no error appearing upon the face of the record proper, the judgment must be affirmed. See numerous cases cited in Clark's Code, p. 582, subhead, "Where no errors are assigned."

Affirmed.